UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY MUXLOW FARMS, LLC, CAL MUXLOW and TY MUXLOW,<br><br>Plaintiffs,<br><br>v.<br><br>NUTRIEN AG SOLUTIONS, INC., OR-CAL, INC., ORO AGRI, INC.,<br><br>Defendants. | Case No. 1:24-cv-01015-KES-HBK<br><br>ORDER DISCHARGING JULY 24, 2025 SHOW CAUSE ORDER<br><br>(Doc. No. 47) |

On June 18, 2024, Plaintiffs Andy Muxlow Farms, LLC, Cal Muxlow, and Ty Muxlow filed a complaint in the Tulare County Superior Court against Defendants Nutrien AG Solutions, Inc. ("Nutrien"); Or-Cal, Inc. dba Orcal; Oro Agri, Inc ("Oro Agri"); Bayer Cropscience LP; Brandt Consolidated, Inc.; and Does 1 to 50.[1] (Doc. 1-1 at 5-17). The complaint alleges that all Plaintiffs are citizens of California and Oro Agri "is a corporation incorporated in Missouri, with its principal place of business in Fresno, California." (Doc. 1-1 at ¶¶ 1-3, 6). However, on August 26, 2024, Nutrien removed the action to this Court, alleging diversity jurisdiction existed because Oro Agri was sold to RovensaNext, a Spanish corporation with its principal place of business in Spain. (Doc. 1 at ¶¶ 5, 14). Because it was unclear whether diversity jurisdiction

---

[1] The claims against Bayer and Brandt were subsequently voluntarily dismissed. (Doc. Nos. 8, 28).

1

existed, on July 24, 2025, the undersigned ordered Nurtien to show cause why this matter should not be remanded for lack of jurisdiction.  (Doc. No. 47).  Nutrien filed a response on August 14, 2025.  (Doc. No. 48).

In its response, Nutrien asserts that complete diversity exists because "Nutrien's independent investigation indicates that Oro Agri had assumed the citizenship of its parent company, Rovensa Next, which is a foreign corporate entity from Spain."  (Doc. No. 48 at 2).  Specifically, Nutrien indicates that "Oro Argi was made party to this litigation as the manufacturer of Vintre[, b]ut Vintre is marketed, branded, and sold under the Rovensa Next name[;]" Oro Agri no longer has a public-facing business since it was acquired by Rovensa Next; and "Rovensa Next represents to consumers and the public that it and Oro Agri are one and the same and that its business includes all of Oro Agri's activities."  (*Id.* at 4).

Plaintiffs have not contested Nutrien's assertion that Oro Agri now assumes the citizenship of Rovensa Next, such that it is a Spanish citizen, and complete diversity exists between the parties.

Accordingly, it is hereby **ORDERED**:

The July 24, 2025 Show Cause Order (Doc. No. 47) is discharged.

Dated:   September 22, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2