UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY MUXLOW FARMS, LLC, CAL MUXLOW, and TY MUXLOW, <br><br> Plaintiffs, <br><br> v. <br><br> NUTRIEN AG SOLUTIONS, INC., OR-CAL, INC., d/b/a ORCAL, and ORO AGRI, INC., <br><br> Defendants. | Case No.  1:24-cv-01015-KES-HBK <br><br> ORDER GRANTING STIPULATED MOTION TO EXTNED NON-EXPERT DISCOVERY DEADLINE NUNC PRO TUNC <br><br> (Doc. 58) |

On May 29, 2026, Plaintiffs filed a stipulated motion to extend the deadline to complete non-expert discovery by thirteen (13) days, from May 29, 2026, to June 11, 2026, to conduct the deposition of George Baker and complete the deposition of Richard Diaz.  (Doc. 58).  The Court finds good cause to grant this limited extension of the non-expert discovery deadline.  Fed. R. Civ. P. 16(b)(4).

Accordingly, it is **ORDERED:**

1.  Plaintiffs' stipulated motion (Doc. 58) is GRANTED nunc pro tun to the extent set forth in this Order.

2.  The deadline to complete non-expert discovery is extended by thirteen (13) days, from May 29, 2026, to June 11, 2026, solely to permit the deposition of George Baker and complete the deposition of Richard Diaz.

3. The procedures set forth in the December 2, 2024, Case Management and Scheduling Order (Doc. 31) and deadlines set forth in the October 16, 2025 Order (Doc. 57) otherwise remain in full force and effect and will continue to govern this action.

Dated:     June 1, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2