UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDY MUXLOW FARMS, LLC, CAL MUXLOW, and TY MUXLOW,

Plaintiffs,

v.

NUTRIEN AG SOLUTIONS, INC., OR-CAL, INC., d/b/a ORCAL, and ORO AGRI, INC.,

Defendants.

Case No. 1:24-cv-01015-KES-HBK

ORDER GRANTING STIPULATED MOTION TO EXTEND EXPERT DISCOVERY DEADLINE FOR DEPOSITIONS

(Doc. 61)

On August 10, 2026, the parties filed a Joint Stipulated Motion to extend the expert-discovery deadline by twenty-one (21) days, from August 28, 2026, to September 18, 2026, to allow for the depositions of experts Kassim Al-Khatib, Gary Osteen, and Andy Muxlow. (Doc. 61). The Court finds good cause for the requested limited extension. *See* Fed. R. Civ. P. 16(b)(4).

Accordingly, IT IS ORDERED:

1. The parties' Joint Stipulated Motion (Doc. 61) is GRANTED.
2. The expert-discovery deadline is extended from August 28, 2026, to September 18, 2026, solely for the purpose of completing the depositions of Kassim Al-Khatib, Gary Osteen, and Andy Muxlow.

3. All other deadlines and provisions of the Court's prior scheduling order, and as modified, remain in full force and effect.

Dated: August 12, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE