# United States District Court
# Eastern District of California

ANDY MUXLOW FARMS, LLC, et al.

Plaintiff(s)

V.

NUTRIEN AG SOLUTIONS, INC., et al.

Defendant(s)

Case Number: 1:24-CV-01015-KES-HBK

ORDER GRANTING APPLICATION FOR PRO HAC VICE

(Doc. 84)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Paul J. Lopach hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

NUTRIEN AG SOLUTIONS, INC.

On 01/07/2003 (date), I was admitted to practice and presently in good standing in the State of Colorado (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/17/2026

Signature of Applicant: /s/ Paul J. Lopach

**Pro Hac Vice Attorney**

Applicant's Name: Paul J. Lopach

Law Firm Name: BRYAN CAVE LEIGHTON PAISNER LLP

Address: 1700 Lincoln Street, Suite 4100

City: Denver State: CO Zip: 80203

Phone Number w/Area Code: (303) 861-7000

City and State of Residence: Denver, CO

Primary E-mail Address: paul.lopach@bclplaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jasdeep S. Atwal

Law Firm Name: BRYAN CAVE LEIGHTON PAISNER LLP

Address: 120 Broadway, Suite 300

City: Santa Monica State: CA Zip: 90401

Phone Number w/Area Code: (310) 576-2100 Bar # 318309

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 19, 2026

Helena M. Barch-Kuchta

MAGISTRATE JUDGE, U.S. DISTRICT COURT